UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GREENE, | 1:09-cv-01951-MJS (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| FERNANDO GONZALEZ, | (DOCUMENT #2) |
| Defendants. | |

Plaintiff is a former state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.

On May 20, 2009, plaintiff filed an application to proceed in forma pauperis. Examination of these documents reveals that plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated:   June 12, 2010                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE