# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GREENE, | CASE NO. 1:09-cv-1951-MJS (PC) |
| Plaintiff, | ORDER DENYING MOTION TO AMEND |
| v. | (ECF No. 13) |
| FERNANDO GONZALES, | CASE REMAINS CLOSED |
| Defendant. | |

Plaintiff Cedric Greene is a former state prisoner proceeding pro se and in forma pauperis in this civil action. On November 3, 2010, the Court dismissed Plaintiff's Complaint for failure to state a claim because it was barred by Heck v. Humphrey, 512 U.S. 477, 487(1994). Before the Court is Plaintiff's Motion for Leave to Amend his Complaint asking the Court to reconsider its dismissal and instead allow him to amend his complaint.

Plaintiff's Motion to Amend is DENIED. Judgment was entered in this case on November 3, 2010, and the case is closed. Since Plaintiff's claims were dismissed without prejudice, he is free to file a new action if he desires to pursue claims other than those alleged in his prior Complaint.

IT IS SO ORDERED.

Dated:   December 23, 2010            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE